UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EUGENE GROH AND DEBORAH GROH                 CIVIL ACTION

VERSUS                                       NO. 07-8695

HARTFORD FIRE INSURANCE COMPANY              SECTION B(2)


ORDER

Before the Court is Defendant Hartford Fire Insurance Company's Motion to Dismiss (Rec. Doc. No. 4).

The basis of Defendant's Motion is that while Plaintiff named Hartford Fire Insurance Company as the Defendant in its original Complaint, it was actually Hartford Insurance Company of the Midwest that issued the insurance policy to Plaintiffs in the present case.  Thus, because Defendant Hartford Fire Insurance Company did not issue any policy to Plaintiffs, Plaintiffs' claim should be dismissed.

The Magistrate Judge recently granted Plaintiffs leave to file their First Amended Complaint (Rec. Doc. No. 10).  This Complaint names as Defendant Hartford Insurance Company of the Midwest, which party Defendant concedes did actually issue the policy to Plaintiffs.  Thus, given this amendment, Plaintiffs have now stated a claim against the party that issued the policy.

Accordingly,

Defendant Hartford Fire Insurance Company's Motion to Dismiss

is **DENIED.**

New Orleans, Louisiana this 10th day of April, 2008.

UNITED STATES DISTRICT JUDGE